UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AMITRA RAQUEL MCGEE, on behalf of herself and others similarly situated,

Plaintiffs,

vs.

UPS MAIL INNOVATIONS INC., a Delaware corporation; STAFFMARK INVESTMENT LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,

Defendants.

Case No. ED CV 25-432-DMG (DTBx)

**ORDER RE STIPULATION TO DISMISS CLASS ACTION CLAIMS [38]**

Having reviewed the Parties' Joint Stipulation of Dismissal of Class Claims [Doc. # 38], and good cause appearing, the Court hereby **ORDERS** as follows:

1. Plaintiff AMITRA RAQUEL MCGEE's **class action claims** alleging (1) Failure to Pay Minimum Wages; (2) Failure to Pay Wages and Overtime Under Labor Code § 510; (3) Meal Period Liability Under Labor Code § 226.7; (4) Rest Period Liability Under Labor Code § 226.7; (5) Violation of Labor Code § 226 (a); (6) Violation of Labor Code § 221; (7) Violation of Labor Code § 204; (8) Violation of Labor Code § 203; (9) Failure to Maintain Temperatures Under the Wage Order; (10) Failure to Pay Wages Due, Negotiable, and Payable in Cash on Demand Under Labor Code §§ 212 and 225.5; and (11) Violation of Business & Professions Code § 17200 *et seq*., against all Defendants are hereby **DISMISSED**, **without prejudice**;

2. Each side will bear their own costs and fees with respect to these dismissals;

3. This Order does not affect Plaintiff's individual claims.

**IT IS SO ORDERED.**

DATED: April 7, 2026

DOLLY M. GEE
Chief United States District Judge