Roman Shkodnik, Esq. (SBN 285152)
Jean Hopkins Power, Esq. (SBN 326509)
D.LAW, INC.
250 N Madison Avenue, 2nd Floor
Pasadena, CA 91101-1639
Tel.: (818) 962-6465 / Fax: (818) 962-6469
Emails: R.Shkodnik@d.law, J.Power@d.law

Attorneys for Plaintiff, AMITRA RAQUEL MCGEE

**ATKINSON, ANDELSON, LOYA, RUUD & ROMO**
A Professional Law Corporation
Susan M. Steward State Bar No. 224805
Priscilla Gamino State Bar No. 315404
12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
Telephone: (562) 653-3200
Fax: (562) 653-3333
Emails: SSteward@aalrr.com
Priscilla.Gamino@aalrr.com

Attorneys for Defendant STAFFMARK INVESTMENT LLC

*Additional Counsel on Following Page*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMITRA RAQUEL MCGEE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UPS MAIL INNOVATIONS INC., a Delaware corporation; STAFFMARK INVESTMENT LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case No.** 5:25-cv-00432-DMG-DTB<br><br>**STIPULATED REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE** |

ELIZABETH A. BROWN (SB# 235429)
JENNIFER SVANVELDT (SB# 233248)
RYAN C. KING (SB# 351149)
**GBG LLP**
633 West 5th Street, Suite 1500
Los Angeles, CA 90071
Telephone: (213) 358-2810
Facsimile: (213) 995-6382
Emails: lisabrown@gbgllp.com
jensvanfeldt@gbgllp.com
ryanking@gbgllp.com

Attorneys for Defendant UPS MAIL INNOVATIONS, INC.

IT IS HEREBY STIPULATED, by and between Plaintiff AMITRA RAQUEL MCGEE and Defendants UPS MAIL INNOVATIONS INC. and STAFFMARK INVESTMENT LLC by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice, each side to bear their own costs and fees. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (requiring stipulation for voluntary dismissals after responsive pleadings have been filed.)

IT IS HEREBY SO AGREED.

Dated: July 16, 2026

By: */s/ Jean Hopkins Power*
Roman Shkodnik
Jean Hopkins Power
Attorneys for Plaintiff
AMITRA RAQUEL MCGEE

Dated: July 16, 2026

By: */s/ Priscilla Gamino*
Priscilla Gamino
Susan M. Steward
Attorneys for Defendant STAFFMARK INVESTMENT LLC

Dated: July 16, 2026

By: */s/ Elizabeth A. Brown*
Elizabeth A. Brown
Jennifer Svanveldt
Ryan C. King
Attorneys for Defendant UPS MAIL INNOVATIONS, INC.