**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMITRA RAQUEL MCGEE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UPS MAIL INNOVATIONS, INC., a Delaware corporation; STAFFMARK INVESTMENT LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. ED CV 25-432-DMG (DTBx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [40]** |

Having reviewed the parties' Stipulated Request for Dismissal of Action with Prejudice [Doc. # 40], and good cause appearing, the Court **APPROVES** the Stipulation.

The above-captioned action is hereby **DISMISSED** in its entirety, **with prejudice**. Each side shall bear their own costs and fees. All dates and deadlines are **VACATED**.

IT IS SO ORDERED.

DATED: July 16, 2026

DOLLY M. GEE
Chief United States District Judge